CHANCELLOR MANOR, Gateway Investors, Ltd., and Oak Grove Towers Associates, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5066.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 6, 2003.

Before SCHALL, GAJARSA, and DYK, Circuit Judges.

### ORDER

PER CURIAM.

We note that both parties have misconstrued the panel opinion, which needs no clarification, in that an objective analysis of the *Penn Central* factors is required upon remand. Therefore, the panel having considered the petition for rehearing filed by the United States and the response by the Plaintiffs–Appellants denies the petition.

The mandate of the court will issue on November 13, 2003.